ACCEPTED
04-17-00410-CV
9/27/2017 2:14 PM

## No. 04-17-00410-CV

## FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/27/2017 2:14:23 PM
KEITH E. HOTTLE
CLERK

### HENRY McCALL
*Appellant*

**v.**

### HOMER HILLIS
*Appellee*

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14417
Honorable N. Keith Williams, Judge Presiding

## NOTICE OF DESIGNATION OF LEAD COUNSEL FOR APPELLEE

TO THE HONORABLE JUSTICE OF SAID COURT:

Pursuant to Rule 6.1 of the Texas Rules of Appellate Procedure, please take notice that Wm. David Farmer of Curney, Farmer, House, Osuna & Jackson, P.C. will be lead counsel for Appellee, Homer Hillis. Noe J. Saucedo, formerly of the law firm of Curney, Farmer, House, Osuna & Jackson, P.C., was the attorney of record for Homer Hillis in the trial court case (Trial Court No. 14417). Noe J. Saucedo is no longer with the firm Curney, Farmer, House, Osuna & Jackson, P.C. Accordingly, Mr. Farmer will be lead counsel for Appellee, Homer Hillis, and can be contacted as follows:

Wm. David Farmer
State Bar No. 06826470
Email:  wdfarmer@cfholaw.com
Curney, Farmer, House, Osuna & Jackson, P.C
411 Heimer
San Antonio, Texas 78232
Telephone No. (210) 377-1990
Facsimile No. (210) 377-1065

Appellee, Homer Hillis has been provided a copy of this Notice by Certified

Mail and First Class Mail at his last known address.

Respectfully submitted,

CURNEY, FARMER, HOUSE,
OSUNA & JACKSON, P.C.
411 Heimer Road
San Antonio, Texas  78232-4854
Telephone No. (210) 377-1990
Facsimile No. (210) 377-1065

*/s/ Wm. David Farmer*
**Wm. David Farmer**
Attorney-in-Charge
State Bar No. 06826470
wdfarmer@cfholaw.com

**AND**

*/s/ Noe J. Saucedo*
Noe J. Saucedo
State Bar No. 24013459
nsaucedo@lkclawfirm.com
**LEGER KETCHUM & COHOON, PLLC**
179 S. Main Street, Suite 102
Boerne, Texas 78006
210.504.4402 - direct / e-fax
210.504.4400 - main
210.504.4911 - main fax

***Attorneys for Defendant/Appellee Homer Hillis***

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2017, I electronically filed the foregoing with the Clerk of Court using an Electronic Filing Service Provider and have served such filing on the following via the method indicated, in accordance with the Texas Rules of Appellate Procedure:

*Via E-file: efile.txcourts.gov – via email:*
Koringderff2872@gmail.com

Henry McCall, *Pro Se*
1815 Presidential Heights, #628
Colorado Springs, Colorado 80905
*Appellant*

*/s/ Wm. David Farmer*
**Wm. David Farmer**